No. 375. HASSETT *v.* WELCH ET AL., EXECUTORS. October 18, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted.

*Solicitor General Reed* for petitioner. *Messrs Henry Hixon Meyer, Edward C. Thayer, John L. Hall,* and *Claude R. Branch* for respondents. ▮